THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
            *v.* GEORGE I. RICCI, Appellant.

*Crimes — murder in first degree — judgment of conviction affirmed.*

(Argued October 10, 1927; decided October 28, 1927.)

APPEAL from a judgment of the Kings County Court, rendered April 27, 1927, upon a verdict convicting the defendant of the crime of murder in the first degree.

*Edward J. Reilly* and *E. Ivan Rubenstein* for appellant.

*Charles J. Dodd, District Attorney (Henry J. Walsh* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.

---

THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
            *v.* CARMINE RUSSO, Appellant.

*Crimes — unlawfully carrying dangerous weapon — judgment of conviction affirmed.*

*People* v. *Russo*, 220 App. Div. 739, affirmed.

(Submitted October 12, 1927; decided October 28, 1927.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered April 22, 1927, which affirmed a judgment of the Queens County Court rendered upon a verdict convicting the defendant of the crime of carrying a dangerous weapon in violation of section 1897 of the Penal Law.

*Joseph Lonardo* for appellant.

*Richard S. Newcombe, District Attorney (Thomas F. Thornton* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN and O'BRIEN, JJ.   Not sitting: KELLOGG, J.